AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Frederick Augustine, #275414,

        Petitioner,         **SUMMARY JUDGMENT IN A CIVIL CASE**

vs.

        Case Number: 2:06-2315-MBS-RSC

Warden, Kershaw Correctional Institution,

        Respondent.

**Decision on the Record.** This action came before the court on the record, Honorable Margaret B. Seymour, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted as to the Respondent. The petition is dismissed WITH prejudice as time-barred under 28 USC 2244(d).

        LARRY W. PROPES, Clerk

June 11, 2007          By s/Susan K. Sanders
        Deputy Clerk